| | **United States Bankruptcy Court**<br>**Central District of California** |
|---|---|
| In re:<br>Aaron Theodore Abdus−Shakoor | CASE NO.: 2:14−bk−20283−NB |
| | DATE OF FILING: 5/27/14 |
| | CHAPTER.: 13 |

# NOTICE OF DISMISSAL OF CASE IF REQUIRED DOCUMENTS ARE NOT FILED

**To Debtor and Debtor's Attorney:**

The above captioned case was filed on the above date through the court's Case Management/Electronic Case Filing (CM/ECF) system without the following documents and/or information as required by FRBP 1007 and LBRs 1002−1 and 1007−1(a):

☐ Master Mailing List (List of Creditors) which must include the name, mailing address, and zip code of each creditor listed in Schedules D,E, and F [FRBP 1007; LBRs 1002−1 and 1007−1(a)(1) and (2)]

☐ List of Creditors must be uploaded in CM/ECF in text (.txt) format in accordance to section 2−1(a)(1)(C) of the Court Manual

☐ Debtor's actual street address must be provided in addition to any post office box address [LBR 1002−1(a)]

☐ Statement of Social Security Number(s) (OFFICIAL FORM B21) (Individual debtors only) must be submitted in accordance to section 3−6(b) of the Court Manual [FRBP 1007(f); LBR 1002−1]

☐ List of 20 Largest Unsecured Creditors (Official Form 4) (chapter 9 and 11 cases only) [FRBP 1007(d); LBR 1002−1]

☑ Electronic Filing Declaration (only for electronically filed petitions)

**NOTICE IS HEREBY GIVEN** that the debtor and/or debtor's attorney must submit the above stated documents and/or information within 72 hours from the date of this notice or the case will be dismissed without further notice by the Court.

**BY THE COURT**                                  **KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: May 30, 2014                               By: Olivia Ventura
                                                  **Deputy Clerk**

ndcrnf−van197 (09/2013)                                                                    **5 / OVI**